IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISANTHIS,<br><br>    Plaintiff,<br><br>  v.<br><br>R. JAMES NICHOLSON et al.,<br><br>    Defendants.<br>_____ / | No. C 07-00566 WHA<br><br>**ORDER RE ECF REQUIREMENTS** |

    This case is subject to the Electronic Case Filing requirements of General Order No. 45. Pursuant to Section V of that order, all manually-filed documents are required to be re-filed in electronic format within 10 days of the filing of the case-initiating document. Our docket reflects that plaintiff's counsel has failed to do this, despite three clerk's notices alerting counsel of the failure.

    Plaintiff's counsel is **ORDERED TO COMPLY** with the filing requirements of Section V of General Order 45 by **FRIDAY, JUNE 15, 2007.** Further delays may warrant sanctions.

    **IT IS SO ORDERED.**

Dated: June 11, 2007.

                                            WILLIAM ALSUP<br>                                            UNITED STATES DISTRICT JUDGE