IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISANTHIS,<br><br>    Plaintiff,<br><br>  v.<br><br>R. JAMES NICHOLSON, Secretary of Veterans Affairs, Department of Veterans Affairs, Dr. Bryan Casey, and Irving Spivey,<br><br>    Defendants.<br>_____ / | No. C 07-00566 WHA<br><br>**ORDER RE AMENDED COMPLAINT** |

      The Court has received, by fax, a first amended complaint filed by plaintiff (Docket No. 16). The document appears to be incomplete, as it does not include a prayer for relief or counsel's signature page. (Counsel did sign an attached proof of service.) Plaintiff shall, by **JULY 13, 2007**, *electronically* file the full amended complaint.

      Additionally, plaintiff's counsel, Mr. John Stringer, has repeatedly ignored notices by the Clerk alerting him of his failure to follow the requirements of General Order 45, which governs electronic case filing. A court order dated June 11, 2007, warned that sanctions may be imposed for further noncompliance. Mr. Stringer is **ORDERED** to review and comply with (1) the June 11 order; (2) the Clerk's notices dated February 23, 2007, March 19, 2007, May 23, 2007, and June 28, 2007; and (3) General Order 45. Further violations of the relevant court rules will result in sanctions.

Dated: July 11, 2007.

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE