```
SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
KATHERINE B. DOWLING (California Bar No. 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6833
    Facsimile: (415) 436-7169
    Email: katherine.dowling@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY CHRISANTHIS, ) | Case No. C 07-0566 WHA |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER |
| v. ) | |
| ) | |
| R. JAMES NICHOLSON, Secretary, ) | |
| Department of Veterans Affairs, et al. ) | |
| ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the initial case management conference currently scheduled for August 30, 2007 be continued until after the hearing on the dispositive motion. Defendant will be filing a dispositive motion in response to plaintiff's amended complaint to be heard on **October 4, 2007** at 8AM.

//

//

//

//

Stipulation & [Proposed] Order
Case No. C 07-0566 WHA        -1-

1  Parties are requesting a continuance of the case management conference to enable this
2  Court to first rule on defendant's dispositive motion. Should the complaint, or any portion
3  thereof survive this motion, Parties will at that point be better situated to establish dates for
4  discovery and trial.

6
7  DATED: August 23, 2007    Law Office of John Stringer

9  _____/s/_____
   JOHN STRINGER
   Attorney for Plaintiff

11
12 DATED: August 23, 2007    SCOTT N. SCHOOLS
                             United States Attorney

14  _____/s/_____
15  KATHERINE B. DOWLING
    Assistant United States Attorney
    Attorneys for Defendant

19  PURSUANT TO STIPULATION, IT IS SO ORDERED:
20  The case management conference will be held at 8:00 a.m. on October 4, 2007. Please file your
21  joint case management conference statement 7 days prior.

22
    Dated: August 27, 2007
23                                    WILLIAM ALSUP
                                      United States District Court Judge

Stipulation & [Proposed] Order
Case No. C 07-0566 WHA          -2-